151 A.3d 82

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. KOKEA SESSION (A/K/A KOREA L. SESSION),
DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005789-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 82

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. TINA LUNNEY, DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000774-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.